IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA WOODHOUSE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLEN SPEARMAN, et al. | : | NO. 22-1208 |

### **O R D E R**

AND NOW, this   21st   day of February, 2023, upon consideration of the summary judgment motion filed by United Inspection Agency (Doc. 32), Plaintiff's response (Doc. 33), and for the reasons in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.  United Inspection Agency is entitled to immunity under Pennsylvania's Political Subdivision Tort Claim Act.  Judgment is entered in favor of United Inspection Agency.  IT IS FURTHER ORDERED that the Clerk of Court shall terminate United Inspection Agency as a defendant in this case.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.