IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA WOODHOUSE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLEN SPEARMAN, ALL HVAC | : | |
| & ELECTRIC, LLC, LUIS ZAIMUDO, | : | |
| and PHILLY H2O PLUMBER, INC. | : | NO. 22-1208 |

## **O R D E R**

AND NOW, this   30th   day of May, 2023, upon consideration of Defendants' Motion in Limine to Preclude Trial Testimony from George Rohanna and Troy Horton (Doc. 65), and the response (Doc. 66), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART.  George Rohanna may testify about his electrical inspection, including observations he made of the presence of a five-gang meter, and any conversations he had with Mr. Spearman regarding same.  Plaintiff is precluded from offering testimony from Troy Horton.  If Defendants seek Mr. Rohanna's deposition, they shall immediately issue a deposition notice and counsel shall work cooperatively to arrange the deposition.  The topics of the deposition shall be limited to those identified in this Order, and Plaintiff shall bear the costs (other than defense counsel's fee) associated with the deposition.

BY THE COURT:


/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.